UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL MALDONADO RAMIREZ,<br><br>    Plaintiff,<br><br>  v.<br><br>J. QUICK, et al.,<br><br>    Defendants. | Case No. 1:22-cv-01610-ADA-EPG (PC)<br><br>ORDER OF RECUSAL |

The plaintiff in this action accuses the undersigned of violating his constitutional rights. (ECF No. 1, p. 8). Thus, the undersigned hereby recuses herself from this action pursuant to 28 U.S.C. § 455.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall randomly refer this case to another magistrate judge for any further proceedings.

IT IS SO ORDERED.

Dated: **January 3, 2023**   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1